# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Eric Morales**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14-cv-00276-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith Kuhne, et al., | ) | |
| | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 10, 2016 Order.

March 10, 2016

Frank G. Johns, Clerk
United States District Court